IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 7 2012

GREGORY C. LANGHAM
CLERK

Brett Mathew Laffin                , Plaintiff,

v.

Federal Bureau of Prisons
FPC Florence Colorado,
Federal Bureau of Investigation
Colorado Springs                   ,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. Brett Mathew Laffin  11493-041  FCI Big Spring  1900 Simler AVE  Big Spring TX 79720
   (Plaintiff's name, prisoner identification number, and complete mailing address)

2. Federal Bureau of Prisons / FPC Florence Colorado
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No  (CHECK ONE).  Briefly explain your answer:

   _____

   _____

3. Federal Bureau of Investigation Colorado Springs
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No  (CHECK ONE).  Briefly explain your answer:

   _____

   _____

4. _____
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

   _____

   _____

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant.  The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                                                     2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ___ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _X_ 28 U.S.C. § 1331 and **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    28 USC 2255   Rule 35 (Bad Faith)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

I was employed by The FBI while in FPC Florence Colorado. I was told that I would be given a rule 35 if I gave an FBI agent names of Correctional Officers who were bringing Contraband into the Federal Institution. I have a whitness to prove this. I was given direction from FBI agent through Correspondence with my Sister. I Produced a List for the FBI agent. I was then told that I would be given Finacial Compensation if I helped the FBI catch the Correctional Officer they decided to Persue. I was told I could do this while I waited for my rule 35 to take effect. Information was withheld from me by FBI and Prison S.I.S. about how violent the Prison Guard was. Also he had been an investigation target before. I was assnulted when the dirty Prison Guard Learned my Job in Working for F.B.I.

(Rev. 1/30/07)

3

# D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _I was told I had earned Rule 35 to reduce Sentence_

    Supporting Facts:

I was told by FBI that by producing a list for them of dirty correctional officers I would be released from prison. I produced this list.

FBI agent told my sister in contact that I was getting my rule 35 that I was just waiting for the Judge to sign. I have a witness to prove this.

(Rev. 1/30/07)                                       4

2. Claim Two: <u>I was not given factual information and thus assulted.</u>
   Supporting Facts:

I was told that while I was waiting for my rule 35 that if I helped F.B.I. and S.I.S. target and catch a corrupt Correctional Officer that I would be paid to do so and that I could get my felony expunged for doing so.

I was not told until after that the Correctional Officer that was targeted had already threatened to kill an inmate for this. When the ~~entire~~ operation went bad and the Correctional Officer found this out He assulted me. Tried to kill me. I was taken to Hospital then Shipped to another prison. If I would have had this information I would have declined to assist further than giving a list.

(Rev. 1/30/07)                                    5

3. Claim Three: <u>By Helping FBI/SIS my Safety has been Jepordized</u>
   Supporting Facts:

I was assulted By correctional Officer at FPC Florence

While at FSL Jesup Ga a correctional officer Sent a note telling them that I was going to be killed
S.I.A Has a copy of this note

While in Big Spring FCI, I was approached by Officer who violated my civil Rights in this case by threatning me.

(Rev. 1/30/07)                                    6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes  _X_ No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   _X_ Yes ___ No  (CHECK ONE).
   I was told they could not help due to FBI investigation

2. Did you exhaust available administrative remedies? _X_ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                                7

# G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. I would like to be released from Prison immediatly. Both for Rule 35 (Bad Faith) and for my own Protection and rights

2. I would like to be compensated for my Pain and Suffering of being assulted by a Correctional Officer

3. I would like to have my Felony expunged as I did the operation I was asked to do.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 4-23-2012
(Date)

_____
(Prisoner's Original Signature)