6-19-2012

Under Penalty of Purgery

## Motion

12-cv-01118-BNB

Brett Lattin
7443

vs

Federal Bureau of Prisons et al

Civil Case

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2012

GREGORY C. LANGHAM
CLERK

I would like to amend my Financial Damages Amount to 30,000,000.00   30 Million Dollars.

This is due to new hardships and an underestimation of Damages.

Brett Lattin