IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv–1118-BNB

BRETT MATHEW LATTIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
FPC FLORENCE COLORADO,
FEDERAL BUREAU OF INVESTIGATION, and
COLORADO SPRINGS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    In a May 21, 2012 Minute Order, the Court directed Plaintiff to file a copy of his prison trust fund account statement certified by an appropriate official of the Plaintiff's penal institution or to present written documentation demonstrating that prison officials have refused to allow him to comply with the April 30 Order to Cure Deficiency. In a June 25, 2012 letter (ECF No. 14), Plaintiff requests additional time to comply with the May 21, 2012 Minute Order because he is in the process of being transferred to a new federal facility. The Court finds that good cause exists for the requested extension of time and, therefore, the motion is granted. Accordingly, it is

    **ORDERED** that, **on or before July 27, 2012,** Plaintiff shall submit a certified copy of his trust fund account statement or present written documentation demonstrating that prison officials have refused to allow him to comply with the April 30 Order to Cure Deficiency. Failure to comply with this Minute Order within the time allowed will result in the dismissal of the instant action without prejudice.

Dated: June 27, 2012