FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2012

GREGORY C. LANGHAM
CLERK

Clerk,   12-cv-1118-BNB

This is what I have recieved from ITS. I don't have any choice on weather or not it is certified.

I would also like to ammend my Damages to 30,000,000.00 Thirty Million Dollars. I need the form to do so.

Thank you so much. I hope you and the Judge can see that I'm trying to get this started but I don't seem to be getting anything from the B.O.P. I'm asking that the Judge appoint me Counsel.

Thank you