12-cv-0118-BNB

Pp44,BP-S396.058  **CERTIFICATE OF RECORD**  CDFRM
MAY 94

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

I  *Rocky Patterson* ,

hereby certify and attest that I am the TRUST FUND SUPERVISOR and as such that I am the official custodian of the records of this Institution whose official name and address is:

Federal Correctional Institution
Post Office Box 9500
Texarkana, TX  75505

and that the following and attached records are true and correct copies of records of said Institution pertaining to:

Name: LATTIN, BRETT

Register No. 11493-091

and consisting of:  (1) Photograph,   (2) Fingerprint card,

(3) Judgment   ✓ (4) Other: Public Information Data

IN WITNESS WHEREOF, I have hereunto set my hand at

Texarkana, Texas

this  27th  day of  July  , 2012.

Rocky Patterson   *Rocky Patterson*
Custodian of Records

Trust Fund Supervisor
Title

STATE OF Texas    }
                  }
                  }
COUNTY OF Bowie   }

Subscribed and sworn to before me this   27th   day of  July , 2012.

*Robert Watson*
Robert Watson, Trust Fund Specialist
Signature of Officer Authorized To Administer Oaths (18 U.S.C. 4004)

Record Copy - Requester; Copy - Central File
(This form may be replicated via WP)                  Replaces BP-396(58) of OCT 88

Date: 07/27/2012
Time: 7:42:01 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 10/01/2011
End Date: 07/27/2012
Inmate Reg #: 11493091
Account Status: Al
Institution: Texarkana FCI

**RECEIVED**
2012 JUL 27 AM 7:36
ACCOUNTING
RLP

Facility: TEX

Date: 07/27/2012
Time: 7:42:01 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

RECEIVED
2012 JUL 27 AM 7:36
ACCOUNTING RLP

Facility: TEX

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11493091 | Living Quarter: | G02-961L |
| Inmate Name: | LATTIN, BRETT MATHEW | Arrived From: | OKL |
| Current Site Name: | Texarkana FCI | Transferred To: | |
| Housing Unit: | TEX-G-A | Account Creation Date: | 6/29/2010 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| TEX | 06/05/2012 03:15:10 AM | TX060512 | | Transfer - In from TRUFACS | $76.74 | | $76.74 |
| TEX | 06/06/2012 03:23:45 AM | LBIGD022 - 2562 | | Debt Encumbrance | | ($0.58) | |
| TEX | 06/06/2012 03:23:45 AM | LBIGD022 - 2562 | | Debt Encumbrance - Released | | $0.58 | |
| TEX | 06/06/2012 03:20:22 AM | TX060612 | | Transfer - Out to TRUFACS | ($76.74) | | $0.00 |
| TEX | 06/29/2012 03:20:22 AM | TX062912 | | Transfer - In from TRUFACS | $34.51 | | $34.51 |
| TEX | 06/29/2012 03:20:22 AM | LBIGD022 - 2774 | | Debt Encumbrance | | ($6.58) | |
| TEX | 06/29/2012 07:00:58 AM | TL0629 | | TRUL Withdrawal | ($5.00) | | $29.51 |
| TEX | 06/29/2012 07:02:10 AM | TFN0629 | | Phone Withdrawal | ($20.00) | | $9.51 |
| TEX | 07/02/2012 11:23:08 AM | LICP0712 | | Inmate Co-pay | ($2.00) | | $7.51 |
| TEX | 07/03/2012 09:04:37 AM | 33312185 | | Western Union | $230.00 | | $237.51 |
| TEX | 07/03/2012 09:04:37 AM | LBIGD022 - 2806 | | Debt Encumbrance | | ($27.05) | |
| TEX | 07/03/2012 09:04:37 AM | LBIGD019 - 2807 | | Debt Encumbrance | | ($46.00) | |
| TEX | 07/03/2012 09:04:37 AM | LBIGD022 - 2808 | | Debt Encumbrance | | ($46.00) | |
| TEX | 07/03/2012 12:03:58 PM | 85 | | Sales | ($85.65) | | $151.86 |
| TEX | 07/03/2012 04:49:06 PM | TL0703 | | TRUL Withdrawal | ($5.00) | | $146.86 |
| TEX | 07/04/2012 12:10:13 AM | LBIGD022 - 2806 | | Debt Encumbrance - Released | | $27.05 | |

Page 2

Date: 07/27/2012　　　　　　　　　　　　　　Federal Bureau of Prisons　　　　　　　　　　　　　　Facility: TEX
Time: 7:42:01 AM　　　　　　　　　　　　　　　　　TRUFACS
　　　　　　　　　　　　　　　　　　　　　　　　Inmate Statement
　　　　　　　　　　　　　　　　　　　　Sensitive But Unclassified

## General Information

| Inmate Reg#: | 11493091 | Living Quarter: | G02-961L |
|---|---|---|---|
| Inmate Name: | LATTIN, BRETT MATHEW | Arrived From: | OKL |
| Current Site Name: | Texarkana FCI | Transferred To: | |
| Housing Unit: | TEX-G-A | Account Creation Date: | 6/29/2010 |

## Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TEX | 07/04/2012 12:10:13 AM | LBIGD022 - 2774 | | | Debt Encumbrance - Released | | $6.58 | |
| TEX | 07/04/2012 12:10:13 AM | LBIGD022 | | | Initial PLRA Pymt | ($33.63) | | $113.23 |
| TEX | 07/04/2012 03:15:54 AM | TX070412 | | | Transfer - In from TRUFACS | $2.40 | | $115.63 |
| TEX | 07/11/2012 09:27:40 AM | | | 49 | Sales | ($23.05) | | $92.58 |
| TEX | 07/12/2012 10:53:38 AM | LICD0712 - 2943 | | | Debt Encumbrance | | ($0.58) | |
| TEX | 07/25/2012 02:04:46 PM | 33312207 | 2006 | | Western Union | $100.00 | | $192.58 |
| TEX | 07/25/2012 02:04:46 PM | LICD0712 - 3057 | | | Debt Encumbrance | | ($1.42) | |
| TEX | 07/25/2012 02:04:46 PM | LBIGD019 - 3055 | | | Debt Encumbrance | | ($20.00) | |
| TEX | 07/25/2012 02:04:46 PM | LBIGD022 - 3056 | | | Debt Encumbrance | | ($20.00) | |
| TEX | 07/25/2012 08:52:24 PM | TL0725 | | | TRUL Withdrawal | ($5.00) | | $187.58 |
| TEX | 07/26/2012 12:10:01 AM | LICD0712 - 3057 | | | Debt Encumbrance - Released | | $1.42 | |
| TEX | 07/26/2012 12:10:01 AM | LICD0712 - 2943 | | | Debt Encumbrance - Released | | $0.58 | |
| TEX | 07/26/2012 12:10:01 AM | LICD0712 | | | Inmate Co-pay | ($2.00) | | $185.58 |
| TEX | 07/26/2012 09:33:18 AM | 35 | | | Sales | ($40.30) | | $145.28 |

**Total Count:** 30　　　　　　　　　　　　　　　　　　　　**Totals:** $145.28　($132.00)

RECEIVED
2012 JUL 27 AM 7:36
ACCOUNTING  RLP

Page 3

Date: 07/27/2012
Time: 7:42:01 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

RECEIVED
2012 JUL 27 AM 7:36
ACCOUNTING  RLP

Facility: TEX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11493091 | Living Quarter: | G02-961L |
| Inmate Name: | LATTIN, BRETT MATHEW | Arrived From: | OKL |
| Current Site Name: | Texarkana FCI | Transferred To: | |
| Housing Unit: | TEX-G-A | Account Creation Date: | 6/29/2010 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TEX | $13.28 | $0.00 | $132.00 | $0.00 | $0.00 | $0.00 | $0.00 | $145.28 |
| **Totals:** | **$13.28** | **$0.00** | **$132.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$145.28** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,196.00 | $1,237.62 | $84.12 | $237.51 | $90.76 | N/A | N/A |

Page 4

## Other Orders/Judgments

1:12-cv-01118-BNB Lattin v. Federal Bureau of Prisons et al

PS5

U.S. District Court

District of Colorado

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2012

GREGORY C. LANGHAM
CLERK

### Notice of Electronic Filing

The following transaction was entered on 5/21/2012 at 3:40 PM MDT and filed on 5/21/2012
**Case Name:**      Lattin v. Federal Bureau of Prisons et al
**Case Number:**    1:12-cv-01118-BNB
**Filer:**
**Document Number:** 9

**Docket Text:**
**MINUTE ORDER by Magistrate Judge Boyd N. Boland on 05/21/12 re: [5] Order Directing Plaintiff to Cure Deficiency. Plaintiff shall have 30 days from the date of this minute order either to file an account statement certified by an appropriate official of the Plaintiffs penal institution or to present written documentation demonstrating that prison officials have refused to allow him to comply with the April 30 Order. (nmmsl, )**

**1:12-cv-01118-BNB Notice has been electronically mailed to:**

**1:12-cv-01118-BNB Notice has been mailed by the filer to:**

Brett Mathew Lattin
#11493-091
BIG SPRING
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
1900 SIMLER AVE
BIG SPRING, TX 79720

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=5/21/2012] [FileNumber=3512841-0
] [0123b681beaf29f84cc0690b26cb85abb58286e517eb79f404f834a9324165fd336
479d49f566f1b02154c55b3d8320b873fc98bd37b89a17753d079c9f72584]]