IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01118-LTB

BRETT MATHEW LATTIN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
FPC FLORENCE COLORADO,
FEDERAL BUREAU OF INVESTIGATION, and
COLORADO SPRINGS,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 19, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 19 day of September, 2012.

                                     FOR THE COURT,

                                     JEFFREY P. COLWELL, Clerk

                                     By: s/L. Gianelli
                                          Deputy Clerk